# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RANDY STEWART AND NAOMI STEWART,** ) | Case No. 1:11-cv-01748-LJO -GSA |
| ) | |
| Plaintiff, ) | **ORDER** |
| ) | |
| vs. ) | |
| ) | |
| **STEVEN A. BOOSKA, ATTORNEY AT LAW,** ) | |
| ) | |
| Defendant. ) | |
| _____ ) | _____ |

    IT IS HEREBY ORDERED that pursuant to the Stipulation of the parties to dismiss this case with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the entire case is dismissed with prejudice.  Each party shall bear their own costs and expenses.

# ORDER

    This Court DISMISSES this action pursuant to the parties' stipulation and directs the clerk to close this action.

IT IS SO ORDERED.

Dated:   **February 23, 2012**                    **/s/ Lawrence J. O'Neill**
                                                                       UNITED STATES DISTRICT JUDGE